**ORIGINAL**

FILED
CLERK, U S DISTRICT COURT
AUG 2 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Altnet, Inc., et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 06-5086 SJO (Ex) |
| v. | |
| Streamcast Networks, Inc. | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases) |
| Defendant(s). | |

## TRANSFER ORDER DECLINED

~~CONSENT~~

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_____   John F. Walter
Date                      United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

As indicated by Plaintiff in the Notice of Related Case, Case No. 04-7456-JFW was resolved prior to the Court deciding any questions of law raised by Plaintiffs' Complaint. Additionally the factual bases for Plaintiffs' infringement claims in Case No. 06-5086 SJO differ from those alleged in 04-7456-JFW.

8/24/06                   /s/ [signature]
Date                      United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____ CV 04-7456 JFW (CTx) _____ and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☒ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

TRANSFER ORDER DECLINED

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western ☐ Southern ☐ Eastern Division.

Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.