1  HENNIGAN, BENNETT & DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  dormanr@hbdlawyers.com
   LAWRENCE M. HADLEY (SNB 157728)
3  hadleyl@hbdlawyers.com
   HAZIM H. ANSARI (SBN 190601)
4  ansarih@hbdlawyers.com
   865 South Figueroa Street, Suite 2900
5  Los Angeles, California 90017
   (213) 694-1200 - Telephone
6  (213) 694-1234 - Facsimile

7  Attorneys for Plaintiffs
   ALTNET, INC., BRILLIANT DIGITAL
8  ENTERTAINMENT, INC. and KINETECH, INC.

9  WHITE & CASE LLP
   DANIEL J. WOODS (SBN 78638)
10 dwoods@whitecase.com
   GLENN W. TROST (SBN 116203)
11 gtrost@whitecase.com
   NANCY C. MORGAN (SBN 205430)
12 nmorgan@whitecase.com
   633 W. Fifth Street, Suite 1900
13 Los Angeles, California 90071-2007
   Telephone: (213) 620-7700
14 Facsimile: (213) 452-2329

15 Attorneys for Defendants, STREAMCAST NETWORKS, INC. and
   MICHAEL WEISS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALTNET, INC., BRILLIANT DIGITAL ENTERTAINMENT, INC., AND KINETECH, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STREAMCAST NETWORKS INC., and MICHAEL WEISS <br><br> Defendants. | Case No. CV-06-5086 SJO (Ex) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICHAEL WEISS** + ORDER |

CASE NO. CV-06-5086-SJO (Ex)          STIPULATION OF DISMISSAL AS TO DEFENDANT WEISS

WHEREAS, Plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., and Kinetech, Inc., on the one hand, and Defendant Michael Weiss, on the other hand, have reached an amicable settlement of the disputes raised in this action, including mutual releases of any and all claims arising from this action;

WHEREAS, all parties agree and stipulate to the dismissal of all claims, defenses, and counterclaims with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant Michael Weiss only.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and StreamCast Networks, Inc., and Michael Weiss, on the other hand, that all claims, defenses and counterclaims in the above-captioned action shall be dismissed with prejudice as to Michael Weiss only; that each party releases the other party from and any all claims arising from this action; that each party shall bear its own costs, expenses, and attorneys' fees; and that this Court will retain jurisdiction to enforce the settlement reached between the parties.

DATED: April 3, 2007

HENNIGAN, BENNETT & DORMAN LLP

By _____
Lawrence M. Hadley

Attorneys for Plaintiffs,
ALTNET, INC., BRILLIANT DIGITAL ENTERTAINMENT, INC., and KINETECH, INC.

Dated: April 3, 2007

WHITE & CASE LLP

By _____
Glenn W. Trost

Attorneys for Defendants STREAMCAST NETWORKS, INC. and MICHAEL WEISS

IT IS SO ORDERED
Dated APR - 5 2007
S. [signature]

CASE NO. CV-06-5086-SJO (Ex)

2
STIPULATION OF DISMISSAL AS TO DEFENDANT WEISS

# PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 865 South Figueroa Street, Los Angeles, California 90017. On April 3, 2007, I served the foregoing documents on the interested parties in this action as follows:

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICHAEL WEISS**

☒ By electronic transmission. I caused the document(s) listed above to be transmitted by electronic mail to the individuals on the service list as set forth below.

| Glenn W. Trost, Esq. <br> Nancy C. Morgan, Esq. <br> White & Case LLP <br> 633 West Fifth Street, Suite 1900 <br> Los Angeles, CA 90071 <br> Telephone: (213) 620-7700 <br> Facsimile: (213) 452-2329 <br> Email: GTrost@whitecase.com <br> Email; nmorgan@whitecase.com | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 3, 2007 at Los Angeles, California.

_____
Zelene C. Hall

564126\v1

CV 06-5086 SJO (Ex)     PROOF OF SERVICE